UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 10-30631-WRS |
| | Chapter 7 |
| ALLEGRO LAW LLC, | |
|     Debtor | |
| CARLY B. WILKINS, | |
|     Plaintiff | Adv. Pro. No. 11-3007-WRS |
|     v. | |
| AMERICORP INC., et al, | |
|     Defendants | |

**ORDER**

The Court heard evidence in this Adversary Proceeding on Defendant Timothy McCallan's Motion to Determine Compliance with Civil Contempt Order and for the Immediate Release from Incarceration (Doc. 787) on May 6-7, 2019. On May 9, 2019, the Court heard closing arguments from counsel. The Court has ordered counsel to file Proposed Findings of Fact and Conclusions of Law by June 7, 2019 and will take the motion under submission at that time. McCallan's motion for release in the interim is DENIED. The Court will rule on the Motion to Determine Compliance and make findings of fact and conclusions of law after

consideration of counsel's proposed Findings of Fact and Conclusions of Law.

This is not a final order.

        Done this 9th day of May, 2019.

                                    United States Bankruptcy Judge

c: Steve Olen, Attorney for Plaintiff
   Lucy Tufts, Attorney for Plaintiff
   Michael A. Fritz Sr., Attorney for Defendant McCallan
   Scott Widerman, Attorney for Defendant McCallan