UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

IN RE:

ALLEGRO LAW, LLC,                              Case No. 10-30631-WRS
                                                           Chapter 7
       Debtor.

CARLY WILKINS, as Trustee for
Debtors Allegro Law, LLC and
Allegro Financial Services, LLC

       Plaintiff,

vs.                                                                              Adv. No. 11-03007

TIMOTHY MCCALLAN, et al.

       Defendants.

## MOTION OF IMMEDIATE RELEASE OF INMATE
## UNDER 28 U.S.C. § 1826

COMES NOW the Defendant Tim McCallan ("McCallan"), by and through the undersigned Counsel and request that this Court Quash the Contempt Order and Release him from Incarceration Immediately due to the fact the McCallan's incarceration has exceeded the 18-month limit in 28 U.S.C.A. § 1826. In support thereof, McCallan sets forth and states as follows:

1. McCallan was incarcerated on October 23, 2017 for failure to provide information to the court and is therefore a recalcitrant witness.

2. The United States Codes limits the confinement of recalcitrant witnesses to eighteen months of confinement.

     Recalcitrant witnesses.

        **(a)** Whenever a witness in any proceeding before or ancillary to any court or grand jury of the United States refuses without just cause shown to comply with an order of the court to testify or provide other information, including any book, paper, document, record, recording or other material, the court, upon such refusal, or when such refusal is duly brought to its attention, may summarily order his confinement at a suitable place until such

time as the witness is willing to give such testimony or provide such information. No period of such confinement shall exceed the life of--

  **(1)** the court proceeding, or

  **(2)** the term of the grand jury, including extensions,

before which such refusal to comply with the court order occurred, but in no event shall such confinement exceed *eighteen months*. (Emphasis Added)
28 U.S.C.A. § 1826

3. Use of the word "any" in subsec. (a) of 28 U.S.C.A. § 1826 applies to bankruptcy proceedings.  In re Martin-Trigona, C.A.2 (Conn.) 1984, 732 F.2d 170, certiorari denied 105 S.Ct. 191, 469 U.S. 859, 83 L.Ed.2d 124.

4. Eighteen months from October 2017 is April 2019.  McCallan was not released.

**WHEREFORE,** McCallan's confinement has exceeded the statutory maximum amount of time.  McCallan must therefore be immediately released from incarceration.

        Respectfully submitted by,

        _/s/Michael A. Fritz, Sr._

        Michael A. Fritz, Sr.

**OF COUNSEL**:
Fritz Law Firm, LLC
25 South Court Street
Suite 200
Montgomery, AL 36104
334-230-9790
334-230-9789 (fax)
Attorney for Defendant Timothy McCallan

## CERTIFICATE OF SERVICE

  I hereby certify that on this the 31th day of June, 2019, I served the foregoing by email and/or US Mail, postage pre-paid to the following:

STEVE OLEN
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, AL 36604
**sco@cunninghambounds.com**

LUCY E. TUFTS
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, AL 36604
**let@cunninghambounds.com**

Carly Wilkins, Chapter 7 Trustee
560 S McDonough St, Ste. A
Montgomery, AL 36104
**cwilkins@hammwilkins.com**

              _____/s/Michael A. Fritz, Sr._____
                  Michael A. Fritz, Sr.